B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Western District of Texas

In re   Nohemi Chico                              ,        Case No.   15-31885-HCM


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


| Dilks & Knopik, LLC | Estate of Mary Dulanto |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):                006
Amount of Claim:              $40,000.00
Date Claim Filed:              3/29/2016

Phone:   425-836-5728

Last Four Digits of Acct #:

Phone:   817-937-5892

Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):


Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:____ /s/ Brian J Dilks - President _____        Date:___ 6/4/2021 _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.