**The relief described hereinbelow is SO ORDERED.**

**Signed June 15, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**Western District of Texas**
**EL PASO Division**

IN RE: **Nohemi Chico** , Debtor(s)                               Case No.: 15–31885–hcm

**ORDER AUTHORIZING PAYMENT**
**OF A DIVIDEND UNCLAIMED FUNDS**

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:        Dilks & Knopik
    ADDRESS:    As assignee to Estate of Mary Dulanto
                         35308 SE Center Street
                         Snoqualmie, WA 98065

Claimant, for payment of a dividend from unclaimed funds in the amount of $39601.25. It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

   that said funds now on deposit in the United States Treasure, and that notice of the Application was given to the United States Attorney

It is **ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

*Verification of Funds dated:06/15/2021 by Finance Dept.*
                                                    ###