**The relief described hereinbelow is SO ORDERED.**

**Signed June 15, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
Western District of Texas
EL PASO Division**

IN RE: **Nohemi Chico** , Debtor(s)  Case No.: 15−31885−hcm

**ORDER AUTHORIZING PAYMENT
OF A DIVIDEND UNCLAIMED FUNDS**

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

> NAME: Dilks & Knopik
> ADDRESS: As assignee to Estate of Mary Dulanto
> 35308 SE Center Street
> Snoqualmie, WA 98065

Claimant, for payment of a dividend from unclaimed funds in the amount of $39601.25. It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

> that said funds now on deposit in the United States Treasure, and that notice of the Application was given to the United States Attorney

It is **ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

> *Verification of Funds dated:06/15/2021 by Finance Dept.*

###

United States Bankruptcy Court
Western District of Texas

In re: Case No. 15-31885-hcm
Nohemi Chico Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3      User: admin      Page 1 of 1
Date Rcvd: Jun 15, 2021      Form ID: pdfintp      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nohemi Chico, 3320 Greenock, El Paso, TX 79925-4100 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cheryl S. Davis | on behalf of Creditor FBH Investors LP lawfirm@cherylsdavislaw.com, daviscr91330@notify.bestcase.com |
| Donald P. Stecker | on behalf of Creditor City Of El Paso don.stecker@lgbs.com |
| Omar Maynez | on behalf of Debtor Nohemi Chico mail@maynezlaw.com ecfmaynezlaw@gmail.com,ecfnoticesmobile@gmail.com,watsonandmaynez@gmail.com |
| Stuart C. Cox | mbeard@ch13elpaso.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 5